DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLY LOBSINGER,**
Appellant,

v.

**RIGGIN'S CRABHOUSE, INC.,**
Appellee.

No. 4D2025-0616

[February 19, 2026]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caryn Siperstein, Judge; L.T. Case No. 502023CA006935XXXXMB.

Matthew Sean Tucker of Tucker Law, P.A., Fort Lauderdale, for appellant.

Therese A. Savona, Brooks Ricca, Jr., and Douglas B. Melamed of Cole Scott & Kissane, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***